WILLIAM J. GEDDES
Nevada Bar No. 6984
KRISTEN R. GEDDES
Nevada Bar No. 9027
THE GEDDES LAW FIRM, P.C.
1575 Delucchi Lane, Suite 206
Email: Will@TheGeddesLawFirm.com
Email: Kristen@TheGeddesLawFirm.com
Reno, Nevada 89502
Phone: (775) 853-9455
Fax: (775) 299-5337
*Attorneys for Plaintiff Rubin McElroy*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RUBIN McELROY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY JOIST, LLC; RENO ORTHOPEDIC CLINIC, P.C.; THOMAS CHRISTENSEN, M.D.; DOES I-X; and DOE BUSINESS ENTITIES 1-10.<br><br>Defendants. | Case No.   3:21-cv-00079-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO OPPOSE DEFENDANTS RENO ORTHOPEDIC CLINIC, P.C. AND THOMAS CHRISTENSEN, M.D.'S MOTION FOR PARTIAL REMAND**<br><br>**(First Request)** |

Plaintiff RUBIN McELROY and Defendants RENO ORTHOPEDIC CLINIC, P.C. and THOMAS CHRISTENSEN, M.D., by and through their respective counsel, hereby stipulate and agree that Plaintiff may have an extension of time, **through and including Monday, March 22, 2021,** to file his opposition to *Defendants Reno Orthopedic Clinic and Thomas Christensen, M.D.'s Motion for Partial Remand [ECF 020]*.  Pursuant to this stipulation, the parties hereby request that the Court grant this enlargement of time.  This is the first request for such an extension and the parties submit that

. . .

. . .

. . .

. . .

. . .

. . .

1

the request is made in good faith and not for the purpose of delay.

| Dated this 17th day of March 2021. | THE GEDDES LAW FIRM, P.C. |

*[signature]*

WILLIAM J. GEDDES, ESQ.
Nevada Bar No. 6984
KRISTEN R. GEDDES, ESQ.
Nevada Bar No. 9027
1575 Delucchi Lane Suite, 206
Reno, Nevada 89521
Tel: (775) 853-9455
Will@thegeddeslawfirm.com
Kristen@thegeddeslawfirm.com
*Attorneys for Plaintiff Rubin McElroy*

Dated this 17th day of March 2021.                    LEMONS, GRUNDY & EISENBERG

*Electronic Signature Authorized*

By: */s/ Alice Campos Mercado*
EDWARD J. LEMONS, ESQ.,
Nevada Bar No. 699
ALICE CAMPOS MERCADO,
ESQ., Nevada Bar No. 4555
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel: (775) 786-6868
Fax: (775)786-9716
Emails: ejl@lge.net; acm@lge.net
*Attorneys for Defendants Reno
Orthopedic Clinic, P.C., and
Thomas Christensen, M.D*

## ORDER

Dated: March 17, 2021                    IT IS SO ORDERED

*[signature]*

UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the Geddes Law Firm, P.C., and that on **March 17, 2021**, I caused to be served a copy of the foregoing *Stipulation and Order to Extend Time to Oppose Defendants Reno Orthopedic Clinic and Thomas Christensen, M.D.'s Motion for Partial Remand [ECF 020]*, by filing the same with the Court's electronic filing system (PACER), addressed to the following:

CHRISTOPHER S. MANN
*(appearing pro hac vice)*
JACOB J. PRITT
*(appearing pro hac vice)*
JONES WALKER LLP
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170
(504) 582-8332
cmann@joneswalker.com
jpritt@joneswalker.com
*Attorneys for Defendant Valley Joist, LLC*

SHANNON S. PIERCE, Nevada Bar No. 12471
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: spierce@fennemorelaw.com
*Attorneys for Defendant Valley Joist, LLC*

EDWARD J. LEMONS, ESQ., Nevada Bar No. 699
ALICE CAMPOS MERCADO, ESQ., Nevada Bar No. 4555
LEMONS, GRUNDY & EISENBERG
6005 Plumas Street, Third Floor
Reno, Nevada 89519
Tel: (775) 786-6868 / Fax: (775)786-9716
Emails: ejl@lge.net; acm@lge.net
*Attorneys for Defendants
Reno Orthopedic Clinic, P.C., and Thomas Christensen, M.D.*

_____
KRISTEN R. GEDDES
An employee of the Geddes Law Firm, P.C.