CHRISTOPHER S. MANN *(pro hac vice)*
JACOB J. PRITT *(pro hac vice)*
JONES WALKER LLP
201 St. Charles Ave., Ste. 5100
New Orleans, LA 70170
(504) 582-8332
cmann@joneswalker.com
jpritt@joneswalker.com

SHANNON S. PIERCE (SBN 12471)
FENNEMORE CRAIG, P.C.
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: spierce@fennemorelaw.com

*Attorneys for Defendant
Valley Joist, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUBIN MCELROY;<br><br>Plaintiff,<br><br>vs.<br><br>VALLEY JOIST, LLC; RENO ORTHOPEDIC CLINIC; AND THOMAS CHRISTENSEN, M.D.<br><br>Defendants. | Case No. 3:21-cv-0079-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Rubin McElroy and Defendant Valley Joist, LLC (by and through their respective counsel of record), that the above-entitled matter be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

///

///

///

///

IT IS SO STIPULATED.

DATED this 30th day of June, 2021.

JONES WALKER LLP

By /s/ Shannon S. Pierce
Christopher S. Mann (*pro hac vice*)
Jacob J. Pritt (*pro hac vice*)
201 St. Charles Ave., Suite 5100
New Orleans, LA 70170
Tel: (504) 582-8332/ Fax: (504) 589-8332
cmann@joneswalker.com
jpritt@joneswalker.com

FENNEMORE CRAIG, P.C.
SHANNON S. PIERCE (SBN 12471)
7800 Rancharrah Parkway
Reno, NV 89511
Tel: (775) 788-2200 / Fax: (775) 786-1177
Email: spierce@fennemorelaw.com
*Attorneys for Defendant*
*Valley Joist, LLC*

THE GEDDES LAW FIRM, P.C.

By _____
William J. Geddes, Esq.
Kristen R. Geddes, Esq.
1575 Delucchi Lane, Suite 206
Reno, NV 89502
will@thegeddeslawfirm.com
kristen@thegeddeslawfirm.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this  30th  day of  June , 2021.

_____
U.S. DISTRICT COURT JUDGE

18554306.1